UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELANI ANDREWS, | NO. CV 13-6156-MMM (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Denying Request,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 10, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE