UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELANI ANDREWS,<br><br>            Petitioner,<br><br>      v.<br><br>WARDEN,<br><br>            Respondent. | NO. CV 13-6156-MMM (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Denying Request,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 10, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE